

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| Cornelius Dewayne Harrison, Jr., | § | No. 08-19-00140-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| The State of Texas, | § | of El Paso County, Texas |
| State. | § | (TC# 20180D00449) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **February 14, 2020.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Todd D. Morten, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 14, 2020.

IT IS SO ORDERED this 4th day of February, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.